# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00758-CV

**Kevin Jones, Individually and d/b/a Broyles Custom Pools, Appellant**

**v.**

**SCP Pool Corp., Appellee**

## FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## NO. 12-0659-CC4, HONORABLE JOHN McMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kevin Jones, Individually and d/b/a Broyles Custom Pools and appellee SCP Pool Corp. have notified this Court that they no longer wish to pursue this appeal and have filed an agreed motion to dismiss it with prejudice. We grant the parties' motion and dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1(a).

 

 

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Joint Motion

Filed: March 19, 2014